**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1700**

_____

KRISTIN E. SCHELIN; MARK A. WATSON,

        Plaintiffs - Appellees,

   and

MEGAN NAPIER; JAMES T. NAPIER; MICHAEL P. LAFAYETTE,

        Appellees,

   v.

KARL LINARD MALLOY,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, Chief District Judge.  (3:24-cv-00729-MHL)

_____

Submitted:  December 23, 2025                              Decided:  December 30, 2025

_____

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Vacated and remanded by unpublished per curiam opinion.

_____

Karl Linard Malloy, Appellant Pro Se.  Kevin A. Lake, MCDONALD, SUTTON & DUVAL, PLC, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karl Linard Malloy appeals the district court's order dismissing as moot his appeals from 10 bankruptcy court orders quashing subpoenas and imposing sanctions. The district court dismissed the appeals as moot, reasoning that the hearings for which the subpoenas were issued had concluded and reversal of the bankruptcy court's orders quashing the subpoenas would have no practical effect.

An appeal becomes moot when a court "is without the power to afford effective relief." *Cent. States, Se. & Sw. Areas Pension Fund v. Cent. Transp., Inc.*, 841 F.2d 92, 96 (4th Cir. 1988). Although the hearings for which the witnesses were subpoenaed had concluded and reversal of the orders quashing subpoenas would not affect Malloy's ability to present testimony by these witnesses, the orders from which Malloy appealed also imposed sanctions and Malloy challenged the sanctions on appeal to the district court. Because the district court could grant Malloy some of the relief he requested—by vacating the sanctions orders—we find that the appeals were not moot.

We therefore vacate the district court's order and remand for further proceedings, expressing no opinion as to the ultimate disposition of Malloy's appeal from the bankruptcy court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*VACATED AND REMANDED*

2